UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

James G. Ketola and Susan M. Ketola,                ORDER FOR HEARING UNDER
                                                    § 329(b)

                              Debtors.               BKY 12-50608

_____

At Duluth, Minnesota, April 30, 2013.

Because it is unclear what the attorney's relationship is to Benjamin Legal Services and whether or not fees were shared between the lawyer and Benjamin Legal Services and the value of those services,

IT IS ORDERED:

1.      There will be a hearing on May 21, 2013, at 9:30 a.m., in courtroom no. 2, United States Courthouse, 515 West First Street, Duluth, Minnesota, to see if the compensation paid to either Benjamin Legal Services or Matthew E. Ludt exceeds the value of those services.

2.      At the hearing, the court will also determine the contractual relationships among Benjamin Legal Services, Matthew E. Ludt, and the debtors.

3.      No later than seven days before the hearing, Matthew E. Ludt, Benjamin Legal Services, and the debtors shall file written statements explaining in detail the compensation charged, to whom it was payable, and what legal arrangements exist among the debtors, Matthew E. Ludt, and Benjamin Legal Services.

4.      Benjamin Legal Services shall appear at the hearing by an officer or other authorized agent and Matthew E. Ludt shall appear in person.

/e/ Robert J. Kressel
ROBERT J. KRESSEL
UNITED STATES BANKRUPTCY JUDGE

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/30/2013
Lori Vosejpka, Clerk, by AMM